UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                          Case No.: 18-14012-LMI

Maria Elena Xiques,                                             Chapter 13

       Debtor.
_____/

### MOTION TO MODIFY PAYMENT PLAN AND CERTIFICATE OF SERVICE ON NOTICE OF HEARING

**COMES NOW** the Debtor, Maria Elena Xiques, by and through her undersigned counsel and moves this Honorable Court for an Order Granting Modification of the Debtor's Chapter 13 Plan, and as grounds therefore would show:

1. The Debtor filed the instant case on April 5, 2018.

2. The Debtor's Chapter 13 Plan was confirmed on December 7, 2018.

3. The Debtor's income has been affected by the COVID 19 pandemic and she is seeking to modify her plan to come current with the plan payments.

**WHEREFORE**, for the above stated reason, Debtor prays this Honorable Court grant this Motion to Modify Payment Plan and grant such other and further relief as this Court may deem just and equitable under the circumstances.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing, has been filed this 13th day of April, 2021, a copy of the foregoing and the accompanying **Notice of Hearing** is being simultaneously mailed to **Nancy K. Neidich**, via NEF, **all creditors** in the attached mailing list and **Debtor** in the instant case via first class mail.

                                      /s/Gianny Blanco
                                      FREIRE & GONZALEZ, P.A.
                                      *Attorneys for Debtor*
                                      Edward Freire, Esq. FBN: 0813771
                                      Laila S. Gonzalez, Esq. FBN: 0975291
                                      Gianny Blanco, Esq., FBN: 0078080
                                      10691 N. Kendall Dr., Suite 207
                                      Miami, FL 33176
                                      Tel: (305) 826-1774
                                      Fax: (305) 826-1794
                                      courtdoc@fgbkc.com

| | | |
|---|---|---|
| bel Matrix for local noticing<br>3C-1<br>se 18-14012-LMI<br>uthern District of Florida<br>ami<br>e Apr  6 14:23:42 EDT 2021 | Bank of America, N.A.<br>c/o Frederic Dispigna, Esq.<br>100 West Cypress Creek Road<br>Suite 1045<br>Fort Lauderdale, FL 33309-2191 | Capital One Auto Finance, a division of Ca<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| deral Home Loan Bank of Chicago<br>rinosci Law Group, P.C.<br>o Connie J. Delisser, Esq.<br>0 West Cypress Creek Road, Suite 1045<br>rt Lauderdale, FL 33309-2191 | Synchrony Bank<br>PRA Receivables Management, LLC<br>c/o Valerie Smith<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| nk of America, N.A.<br>O. Box 31785<br>mpa, FL 33631-3785 | Capital One Auto Finance<br>P.O. Box 60511<br>City of Industry, CA 91716-0511 | Capital One Auto Finance, a division of Ca<br>P.O. Box 4360<br>Houston, TX 77210-4360 |
| )JPMORGAN CHASE BANK  N A<br>NKRUPTCY MAIL INTAKE TEAM<br>0 KANSAS LANE FLOOR 01<br>NROE LA 71203-4774 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Experian Credit Bureau<br>475 Anton Blvd.,<br>Costa Mesa, CA 92626-7037 |
| ys Gate Community Association, Inc.<br>8 Kingman Road<br>mestead, FL 33035-1200 | Keys Gate Community Association, Inc.<br>c/o Luis R. Lasa III, Esq.<br>AssociationLaw Group., P.L.<br>PO Box 311059<br>Miami, FL 33231-1059 | Keys Gate Community Association, Inc.<br>c/o Miami Managment,Inc.<br>14275 SW 142nd Avenue<br>Miami, FL 33186-6715 |
| fice of the US Trustee<br> S.W. 1st Ave.<br>ite 1204<br>ami, FL 33130-1614 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Transunion Credit Bureau<br>P.O. Box 2000<br>Crum Lynne, PA 19022 |
| lls Fargo Bank<br>c F82535-02f<br> Box 10438<br>sMoines, IA 50306-0438 | Wells Fargo Bank Card<br>Mac F82535-02f<br>Po Box 10438<br>Des Moines, IA 50306-0438 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| ward Freire<br>691 N. Kendall Drive<br>ite 207<br>ami, FL 33176-1595 | Gianny Blanco<br>10691 N. Kendall Drive<br>Suite 207<br>Miami, FL 33176-1595 | Laila S. Gonzalez<br>10691 N. Kendall Drive<br>Suite 207<br>Miami, FL 33176-1595 |
| ria Elena Xiques<br> E Serena Avenue<br>it 415<br>s Vegas, NV 89123-3755 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | |

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
nk of America            Chase Card                    Department of Treasury
O. Box 982235            Attn: Correspondence          Internal Revenue Service
 Paso, TX 79998          Po Box 15298                  P.O. Box 69
                         Wilmington, DE 19850          Memphis, TN 38101-0069
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

)Miami                   End of Label Matrix
                         Mailable recipients    25
                         Bypassed recipients     1
                         Total                  26