UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☒ Ninth _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Maria Elena Xiques    JOINT DEBTOR: _____    CASE NO.: 18-14012-LMI

SS#: xxx-xx- 8311    SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☒ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,554.17 _____ for months  1  to  36  ;

2. $5,748.37 _____ for months  37  to  84  ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $11587.00 | Total Paid: | $4375.00 | Balance Due: | $7212.00 |
|---|---|---|---|---|---|
| Payable | $185.75 | /month (Months  1  to  36  ) | | | |
| Payable | $262.50 | /month (Months  37  to  38  ) | | | |

Allowed fees under LR 2016-I(B)(2) are itemized below:
$10,012.00 (previously awarded) + $525.00 (MTM) + $525.00 (MTM) = $11,062.00 + $525.00 (MTM) = $11,587.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Keys Gate Community Association, Inc.

| Address: 888 Kingman Road, Homestead, FL 33035 | Arrearage/ Payoff on Petition Date | | |
|---|---|---|---|
| | Regular Payment (Maintain) | $83.40 | /month (Months  1  to  36  ) |
| Last 4 Digits of Account No.: 1108 | Regular Payment (Maintain) | $351.33 | /month (Months  37  to  84  ) |
| Other: | | | |

Debtor(s): Maria Elena Xiques    Case number: 18-14012-LMI

■ Real Property
☐ Principal Residence
■ Other Real Property
Address of Collateral:
1352 SE 16th Ave., Homestead, FL 33035-2206

☐ Personal Property/Vehicle
Description of Collateral:

Check one below for Real Property:
☐ Escrow is included in the regular payments
■ The debtor(s) will pay   ■ taxes   ■ insurance directly

B. **VALUATION OF COLLATERAL:**   ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☐ NONE

| 1. Creditor: Bank of America | Value of Collateral: $203,500.00 | **Payment** |
|---|---|---|
| Address: P.O. Box 982235, El Paso, TX 79998 | Amount of Creditor's Lien: $365,786.99 | Total paid in plan: $257,994.24 |
| Last 4 Digits of Account No.: 1515 | Interest Rate: 7.00% | $1,185.96 /month (Months 1 to 36) |
| Real Property | Check one below: | $4,485.41 /month (Months 37 to 84) |
| ☐ Principal Residence | ☐ Escrow is included in the monthly mortgage payment listed in this section | |
| ■ Other Real Property | ■ The debtor(s) will pay | |
| Address of Collateral: 1352 SE 16th Ave., Homestead, FL 33035-2206 | ■ taxes   ■ insurance directly | |
| 2. Creditor: Bank of America | Value of Collateral: $200,000.00 | **Payment** |
| Address: P.O. Box 982235, El Paso, TX 79998 | Amount of Creditor's Lien: $50,000.00 | Total paid in plan: $0.00 |
| Last 4 Digits of Account No.: 0315 | Interest Rate: 0.00% | $0.00 /month (Months 1 to 60) |
| Real Property | Check one below: | |
| ☐ Principal Residence | ☐ Escrow is included in the monthly mortgage payment listed in this section | |
| ■ Other Real Property | ■ The debtor(s) will pay | |
| Address of Collateral: 1352 SE 16th Ave., Homestead, FL 33035-2206 | ■ taxes   ■ insurance directly | |

Debtor(s): Maria Elena Xiques    Case number: 18-14012-LMI

| 3. Creditor: Keys Gate Community Association, Inc.<br>Address: 888 Kingman Road, Homestead, FL 33035<br>Last 4 Digits of Account No.: 1108<br>Real Property<br>☐ Principal Residence<br>■ Other Real Property<br>Address of Collateral:<br>1352 SE 16th Ave.,<br>Homestead, FL 33035-2206 | Value of Collateral: $200,000.00<br>Amount of Creditor's Lien: $25,000.00<br>Interest Rate: 0.00%<br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>■ The debtor(s) will pay<br>■ taxes    ■ insurance directly | **Payment**<br>Total paid in plan: $0.00<br><br>$0.00 /month (Months 1 to 60) |
|---|---|---|

    2. **VEHICLES(S):** ■ NONE

    3. **PERSONAL PROPERTY:** ■ NONE

  C. **LIEN AVOIDANCE**    ■ NONE

  D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

    ■ NONE

  E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

    ☐ NONE

    ■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Capital One Auto Finance | 4626 | 2017 Nissan Sentra |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

  A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

  B. **INTERNAL REVENUE SERVICE:** ■ NONE

  C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

  D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

  A. Pay $74.29 /month (Months 37 to 38 )

    Pay $336.79 /month (Months 39 to 84 )

  Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  B. ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  C. **SEPARATELY CLASSIFIED:** ■ NONE

  *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

  ■ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ■ NONE

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

Debtor(s): Maria Elena Xiques        Case number: 18-14012-LMI

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Debtor's counsel reserves the right to modify the plan to provide for any pre-petition and post-petition work performed on the Debtor's behalf that exceeds the amount currently included in the plan.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor    _____  _____ Joint Debtor    _____
Maria Elena Xiques                Date                                                       Date

_/s/ [signature]_____  _____
Attorney with permission to sign on      Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**