UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Case No. 18-14012-LMI
Chapter 13

MARIA ELENA XIQUES,

    Debtor.
_____/

### BANK OF AMERICA, N.A.'S OBJECTION TO DEBTOR'S MOTION TO MODIFY PLAN (Doc 147)

Bank of America, N.A. ("BANA"), by and through its undersigned counsel, objects as follows to Debtor's Motion to Modify Plan (Doc 147) and Debtor's Ninth Modified Chapter 13 Plan (the "Plan"), filed on April 13, 2021 (Doc 149).

1. The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on April 5, 2018.

2. BANA holds a security interest in the Debtor's real property located at 1352 SE 16 Ave, Homestead, FL 33035 (the "Property") by virtue of a Mortgage recorded in the Public Records of Miami-Dade County, Florida (the "Mortgage"), which was given as security for a Note in the amount of $199,500.00.

3. The Mortgage gives BANA a first lien on the Property.

4. Pursuant to the *Amended Agreed Order Granting Debtor's Motion to Value and Determine Secured Status of Lien of Bank of America, N.A. on Real Property* (Doc 130), BANA has an allowed secured claim in the amount of $203,500.00, which is to be paid with interest at 7%.

5. Because the Plan only pays BANA $1,185.96 per month for months 1

through 36, which is insufficient to cover even the interest on BANA's claim, at the end of month 36, the debt will have increased to $203,544.85.

6. The payments of $4,485.41 from months 37 through 84 are insufficient to amortize said $203,544.85 at 7% over those 48 months. It would take a payment of $4,874.13 for months 37 through 84 to accomplish that.

7. Therefore, the plan does not provide BANA value, as of the effective date of the Plan, not less than the allowed amount of its claim.

8. Attached hereto as **EXHIBIT 1**, is an amortization schedule showing that the payment scheme of the Plan results in a balance due BANA of $21,461.20.

9. The original confirmed Plan (Doc 89), the approved Seventh Modified Plan (Doc 135) and the proposed Ninth Modified Plan all provide that Debtor shall pay taxes and insurance directly.

10. BANA filed a Notice of Postpetition Mortgage Fees, Expenses, and Charges for taxes ($4,288.29) and insurance ($3,158.00) on 02/06/2019.

11. BANA filed a second Notice of Postpetition Mortgage Fees, Expenses, and Charges for insurance ($10,056.00) on 05/13/2020.

12. BANA filed a third Notice of Postpetition Mortgage Fees, Expenses, and Charges for taxes ($5,731.93) on 07/31/2020.

13. BANA received a hazard insurance refund of $3,131.82 on 10/22/2020.

14. BANA paid taxes in the amount of $4,937.83 on 12/09/2020 and hazard insurance in the amount of $9,908.00 on 01/02/2021.

15. In sum, BANA has advanced a net total of $34,948.28 postpetition for

taxes and insurance, which sum remains outstanding.

16. The Plan fails to account for said postpetition advances.

17. BANA reserves the right to supplement or amend this Objection to Confirmation if necessary.

**WHEREFORE,** BANA respectfully requests the entry of an Order which denies approval of the Ninth Modified Plan unless such plan is amended to overcome the objections of BANA as stated herein, and for such other and further relief as the Court deems just and proper.

**MARINOSCI LAW GROUP, P.C**.
Attorney for Bank of America, N.A.
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 644-8704
Fax: (401) 262-2110
Email: fdispigna@mlg-defaultlaw.com

/s/ Frederic Dispigna
_____
FREDERIC DISPIGNA, ESQ**.**
Florida Bar No. 345539

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, on the parties listed below on April 28, 2021.

**Nancy K. Neidich, Trustee**
POB 279806
Miramar, FL 33027

**Office of the U.S. Trustee**
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130

**Maria Elena Xiques**
50 E Serena Avenue, Unit 415
Las Vegas, NV 89123

**Gianny Blanco, Esq.**
10691 N Kendall Drive, Suite 207
Miami, FL 33176

**Edward Freire, Esq.**
10691 N Kendall Drive, Suite 207
Miami, FL 33176

**Laila Gonzalez, Esq.**
10691 N Kendall Drive, Suite 207
Miami, FL 33176

**MARINOSCI LAW GROUP, P.C.**
Attorney for Bank of America, N.A.
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 644-8704
Fax: (401) 262-2110
Email: fdispigna@mlg-defaultlaw.com

/s/ Frederic Dispigna
_____
FREDERIC DISPIGNA, ESQ**.**
Florida Bar No. 345539